# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 18, 2025

Lyle W. Cayce
Clerk

———————————

No. 24-30322

———————————

Anthony Edenfield, Sr.,

*Plaintiff—Appellant*,

*versus*

New Orleans City,

*Defendant—Appellee*.

———————————————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CV-5060

———————————————————————————

Before Elrod, *Chief Judge*, and Jones and Stewart, *Circuit Judges*.
Per Curiam:[*]

Having considered the oral arguments as well as the parties' briefs and pertinent portions of the record, we AFFIRM the judgment of the district court for essentially the same reasons given in Magistrate Judge van Meerveld's orders. *See* 5th Cir. R. 47.6.

———————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.